

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00116-CV

**ISAAC MAHURON,**

**Appellant**

v.

**TDCJ,**

**Appellee**

### From the County Court at Law
### Walker County, Texas
### Trial Court No. 11568-CV

## ORDER ON REHEARING

Appellant's motion for rehearing is granted. The Court's memorandum opinion and judgment, dated May 22, 2014, are withdrawn, and this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed August 14, 2014
Do not publish